CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 01 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>TERESA ATWOOD *et al.*,<br>Defendants. | Civil Action No. 7:11cv00524<br><br>**FINAL JUDGMENT**<br><br>By: Samuel G. Wilson<br>United States District Judge |

In accordance with the findings of fact and conclusions of law set forth in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that judgment is entered for the plaintiff, Nationwide Mutual Insurance Company, and against the defendants, Teresa Atwood, Timothy Atwood, and Robert Thanh Ngo. The court **DECLARES** that the Atwoods have no liability coverage with Nationwide for the accidental death of Andy Ngo. This matter is **STRICKEN** from the court's active docket.

**ENTER:** October 1, 2012.

/s/
UNITED STATES DISTRICT JUDGE