CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 01 2012

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **NATIONWIDE MUTUAL INSURANCE COMPANY,** | ) | **Civil Action No. 7:11cv00524** |
| **Plaintiff,** | ) | |
| | ) | **FINAL JUDGMENT** |
| **v.** | ) | |
| | ) | |
| **TERESA ATWOOD** ***et al.*****,** | ) | **By: Samuel G. Wilson** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the findings of fact and conclusions of law set forth in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that judgment is entered for the plaintiff, Nationwide Mutual Insurance Company, and against the defendants, Teresa Atwood, Timothy Atwood, and Robert Thanh Ngo. The court **DECLARES** that the Atwoods have no liability coverage with Nationwide for the accidental death of Andy Ngo. This matter is **STRICKEN** from the court's active docket.

**ENTER**: October 1, 2012.

[signature]

UNITED STATES DISTRICT JUDGE